**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZIIP Inc., | Case No. 25-cv-02281-BAS-JAC |
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT MOTION TO DISMISS CLAIMS WITH PREJUDICE (ECF No. 14)** |
| CAROL COLE CO., | |
| Defendant. | |

Pending before the Court is Parties' joint motion pursuant to Federal Rule of Civil Procedure ("Rule") 41(a)(1)(A)(ii) to dismiss with prejudice all claims asserted by Plaintiff ZIIP Inc. ("ZIIP") against Defendant Carol Cole Co. ("Carol Cole") and counterclaims asserted by Carol Cole.  (ECF No. 14.)

Under Rule 41(a)(1), a plaintiff has an absolute right to voluntarily dismiss its action by (1) filing a notice of voluntary dismissal before a defendant has filed an answer or moved for summary judgment or (2) filing a stipulation of dismissal signed by all parties who have appeared.  Fed. R. Civ. P. 41(a)(1)(A); *see also Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).  Dismissal is effective upon the filing of a notice or stipulation, as described in Rule 41(a)(1)(A), and no court order is required.  *Stone v. Woodford*, No. CIV-F-05-845 AWI DLB, 2007 WL 527766 (E.D. Cal. Feb. 16, 2007).  A dismissal is without prejudice unless the parties stipulate otherwise.  Fed. R. Civ. P.

- 1 -

41(a)(1)(B).  However, the local civil rules of this district require that where, as here, litigants seek voluntary dismissal pursuant to stipulation, in accordance with Rule 41(a)(1)(A)(ii), the stipulation of dismissal must be filed as a joint motion.  *See* CivLR 7.2.

Having considered the parties' submission, the Court **GRANTS** the Joint Motion. (ECF No. 14.)  Thus, the Court **DISMISSES WITH PREJUDICE** all claims asserted by ZIIP against Carol Cole and counterclaims asserted by Carol Cole.  ZIIP and Carol Cole shall each bear their own attorneys' fees, expenses, and costs.

**IT IS SO ORDERED.**

**DATED: June 4, 2026**

_____
**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

25cv2281